UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SWIMSMITH, INC.,

        Plaintiff,

v.

        Case No. 1:10-cv-389

        HONORABLE PAUL L. MALONEY

PLASTIMAYD, L.L.C.,

        Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that plaintiff Swimsmith, Inc. has not filed the requisite disclosure.

IT IS HEREBY ORDERED that plaintiff Swimsmith, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: June 16, 2010

        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge